UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SCOTT L. HEAGNEY,

        Plaintiff,

v.

LISA A. WONG, in her individual and official capacities; CITY OF FITCHBURG; BADGEQUEST, INC.; and STEPHEN H. UNSWORTH,

        Defendants.

No.  4:15-cv-40024

## NOTICE OF REMOVAL

Defendants Lisa Wong, City of Fitchburg, BadgeQuest, Inc. and Stephen H. Unsworth notice the removal of this case from Worcester Superior Court, Commonwealth of Massachusetts (the "State Court"), to the United States District Court for the District of Massachusetts (the "District Court"), as authorized by 28 U.S.C. §§ 1332, 1441 and 1446.  The grounds for removal are as follows:

1.    Plaintiff Scott Heagney filed a Complaint (the "Complaint") against the aforementioned defendants, along with defendant John Doe, on or about January 15, 2015 in a suit styled, <u>Scott L. Heagney v. Lisa A. Wong, in her individual and official capacities; City of Fitchburg; BadgeQuest, Inc.; Stephen H. Unsworth; and John Doe</u>, Civil Action No.: 15-0081 in Worcester Superior Court, Commonwealth of Massachusetts (the "State Court Action").

2.    On January 23, 2015, defendants BadgeQuest and Chief Unsworth accepted service of the Complaint through their counsel.   A copy of the Complaint, Summons and Notice of Service of Process is attached hereto as Exhibit "A".  In addition, counsel for the

City of Fitchburg and Mayor Wong first received a copy of the Complaint via email on January 23, 2015.

    3.    With the exception of the Complaint, the Civil Action Cover Sheet and the State Court Scheduling Order, the City of Fitchburg, Mayor Wong, BadgeQuest and Chief Unsworth have not received any other pleadings or orders in the State Court action. To these defendants' knowledge, with the exception of the Complaint, there have been no further proceedings in the State Court action.

    4.    Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have passed since defendants first received copies of the Complaint.

    5.    This case arises out of plaintiff's candidacy for the Chief of Police position in Fitchburg, Massachusetts. Plaintiff alleges in the Complaint that defendants have caused plaintiff "monetary damages as a result of being deprived of employment as a police chief[,]" along with "severe emotional distress and related symptoms." *See* Exhibit A, ¶¶ 123-124. Plaintiff also alleges in the Complaint that his "reputation has been gravely damaged" by the defendants. *See* Exhibit A, ¶ 132. Plaintiff is also seeking punitive and exemplary damages against the defendants in this matter. *See* Exhibit A, ¶¶ 142, 156, 178, 186.

    6.    Based upon plaintiff's alleged damages, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

    7.    The parties to this action are of diverse citizenship:

    (a) The plaintiff is a resident of Victor, New York. *See* Exhibit A, ¶ 2.

    (b) Defendant City of Fitchburg is a municipality incorporated by the laws of Massachusetts. *See* Exhibit A, ¶ 4.

    (c) Defendant Lisa A. Wong is a resident of Fitchburg, Massachusetts and serves as that City's Mayor. *See* Exhibit A, ¶ 3.

    (d) Defendant BadgeQuest, Inc. is a Massachusetts corporation with a principal place of business located in Plymouth, Massachusetts. *See* Exhibit A, ¶ 5

    (e) Defendant Stephen Unsworth is a resident of West Yarmouth, Massachusetts. *See* Exhibit A, ¶ 6.

    (f) Defendant John Doe is currently unknown to plaintiff, but, upon information and belief, plaintiff believes that John Doe is domiciled in Massachusetts. *See* Exhibit A, ¶ 12. In any event, 28 U.S.C. § 1441(b)(1) declares that "…the citizenship of defendants sued under fictitious names shall be disregarded" for the purposes of removal pursuant to 28 U.S.C. § 1332.

8.    Pursuant to 28 U.S.C. § 1332, United States District Courts have original jurisdiction over all civil actions in which the amount in controversy exceeds the sum of value of $75,000 exclusive of interest or costs, and which are between citizens of different states. Therefore, the District Court has original jurisdiction over this matter under 28 U.S.C. § 1332, and this action may be removed from the State Court pursuant to 28 U.S.C. § 1441(b).

9.    In addition, the United States District Courts have original jurisdiction over this matter pursuant to 28 U.S.C. § 1441(c) as plaintiff has asserted claims for violations of 42 U.S.C. § 1983 against the City of Fitchburg, Mayor Wong, BadgeQuest and Chief Unsworth. *See* Exhibit A, Counts VI, VII and VIII.

10.    As of this date, none of the defendants have filed a responsive pleading.

11. This Notice of Removal is being filed in the United States District Court for the District of Massachusetts, the District Court of the United States for the district and division within which the State Court Action is pending, as required by 28 U.S.C. §§1446(d).

12. In accordance with 28 U.S.C. 1446(d), written notice of the filing of this Removal Notice will be given to all parties to this suit and will be filed with the clerk of the Worcester Superior Court in the form attached hereto as Exhibit "B", following the filing of this notice.

13. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

14. In submitting this Notice of Removal, the defendants reserve all defenses to this action.

| Defendants | Defendants |
|---|---|
| LISA A. WONG, in her individual and official capacities; and CITY OF FITCHBURG; | BADGEQUEST, INC. and STEPHEN H. UNSWORTH |
| By Their Attorneys, | By Their Attorneys, |
| */s/ Peter E. Montgomery* <br> Leonard H. Kesten, BBO # 542042 <br> Peter E. Montgomery, BBO #632698 <br> Brody, Hardon, Perkins & Kesten, LLP <br> 699 Boylston Street <br> Boston, MA 02116 <br> (617) 880-7100 <br> rbrody@bhpklaw.com <br> pmontgomery@phpklaw.com | */s/ Scarlett M. Rajbanshi* <br> Elizabeth A. Houlding, BBO# 645981 <br> Scarlett M. Rajbanshi, BBO # 666103 <br> PEABODY & ARNOLD LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210 <br> (617) 951-2100 <br> ehoulding@peabodyarnold.com <br> srajbanshi@peabodyarnold.com |

DATED:  February 13, 2015

**CERTIFICATE OF SERVICE**

      I, Scarlett M. Rajbanshi, hereby certify that on this 13th day of February 2105, I served the foregoing document by mailing same, postage prepaid, first-class mail to the following:

| | |
|---|---|
| Nicholas B. Carter, Esq. | Leonard H. Kesten, Esq. |
| Joseph M. Cacace, Esq. | Peter E. Montgomery, Esq. |
| Todd & Weld LLP | Brody, Hardoon, Perkins & Kesten, LLP |
| One Federal Street, 27th Floor | 699 Boylston Street |
| Boston, MA 02110 | Boston, MA 02116 |

                                                        */s/ Scarlett M. Rajbanshi*
                                                        Scarlett M. Rajbanshi

837459_1
15467-98805