UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 15-40024-TSH

| | |
|---|---|
| SCOTT L. HEAGNEY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LISA A. WONG, in her Individual and | ) |
| Official capacities, and CITY OF FITCHBURG, | ) |
|     Defendants | ) |

**DEFENDANTS' NOTICE OF APPEAL**

The Defendants, Lisa A. Wong and City of Fitchburg, hereby appeal to the United States Court of Appeals for the First Circuit from the Jury Verdict of March 6, 2017 (Docket No. 168), the Judgment entered on March 17, 2017 (Docket No. 174), the Orders denying the Defendants' Motion to Alter Judgment and the Defendants' Motion for Judgment NOV entered on October 2, 2017 (Docket Nos. 218, 219), the Order granting the Motion for Attorney Fees entered on October 2, 2017 (Docket No. 220), and the Amended Judgment of United States District Court for the District of Massachusetts entered on October 2, 2017 (Docket No. 223), and any and all other orders and rulings that merged in the above.

                                            Respectfully submitted,
                                            The Defendants,
                                            By their attorneys,

                                            */s/ Leonard H. Kesten*
                                            Leonard H. Kesten, BBO#542042
                                            Judy Levenson, BBO# 295570
                                            Deidre Brennan Regan, BBO#552432
                                            BRODY, HARDOON, PERKINS & KESTEN, LLP
                                            699 Boylston Street, 12th Floor
                                            Boston, MA 02116
                                            (617) 880-7100
                                            lkesten@bhpklaw.com
                                            jlevenson@bhpklaw.com
                                            dregan@bhpklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                     */s/ Leonard H. Kesten*
                                  Leonard H. Kesten, BBO# 542042

Dated: October 17, 2017