# United States Court of Appeals
## For the First Circuit

_____

17-2033

SCOTT L. HEAGNEY,

Plaintiff, Appellee,

v.

LISA A. WONG; CITY OF FITCHBURG,

Defendants, Appellants,

BADGEQUEST, INC.; STEPHAN UNSWORTH,

Defendants.

_____

**JUDGMENT**

Entered: February 11, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment on the defamation claim is reversed. The district court's judgment as to the Mass. Gen. Laws ch. 151B claim is affirmed, and its award of punitive damages is reversed. Each party shall bear its own costs.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. Timothy S. Hillman
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Judy A. Levenson Coven
Leonard H. Kesten
Deidre Brennan Regan
Michael Stefanilo Jr.
Nicholas B. Carter
Joseph M. Cacace
Elizabeth A. Houlding
Scarlett M. Rajbanshi